## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | chapter 7 |
| **Haroldas Caplikas,**   Debtor. | Bankruptcy No. 16-30051 |
| | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #34)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 21, 2018.

Dated: May 21, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Haroldas Caplikas,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.   773-877-3191
f.   815-846-8516
e.   trustee@zanezielinski.com

Mailing Information for Case 16-30051

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alexey Y. Kaplan    alex@alexkaplanlegal.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Saulius Modestas    smodestas@modestaslaw.com

## **VIA US MAIL**

**Discover Bank**
c/o Baker & Miller, P.C.
29 N. Wacker Drive, Suite 500
Chicago, IL 60606

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

**Midland Funding LLC**
Midland Credit Management, Inc
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090

**Syncb/HH Gregg**
Po Box 103104
Roswell, GA 30076

**Select Portfolio Servicing, Inc**
Po Box 65250
Salt Lake City, UT 84165

**Republic Equity Credit Services, In**
307 N. Michigan Ave.
Chicago, IL 60601-5382

**Midland Fundking, LLC**
c/o Blatt, Hasenmiller, Leibsker &
10 S. LaSalle Street, Suite 2200
Chicago, IL 60603-1069

**Haroldas Caplikas**
13325 W. CHOCTOW TR.
HOMER GLEN, IL  60491