# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Haroldas Caplikas | § | Case No. 16-30051 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 426,500.00                Assets Exempt: 4,825.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,547.25     Claims Discharged
                                                Without Payment:  638,362.72

Total Expenses of Administration:  4,452.75

---

3) Total gross receipts of $ 9,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 522,470.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,452.75 | 4,452.75 | 4,452.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,736.00 | 120,439.97 | 120,439.97 | 4,547.25 |
| **TOTAL DISBURSEMENTS** | $ 643,206.00 | $ 124,892.72 | $ 124,892.72 | $ 9,000.00 |

4) This case was originally filed under chapter 7 on 09/21/2016 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018            By:/s/Zane L. Zielinski, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer to Debtor's Son | 1141-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Portfolio Servicing, Inc, Po Box 65250 Salt Lake City, UT 84165 | | 522,470.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 522,470.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.75 | 17.75 | 17.75 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Law Offices of Zane L. Zielinski, P.C. | 3110-000 | NA | 2,300.00 | 2,300.00 | 2,300.00 |
| Law Offices of Zane L. Zielinski, P.C. | 3120-000 | NA | 125.00 | 125.00 | 125.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,452.75 | $ 4,452.75 | $ 4,452.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 15,931.00 | 9,650.02 | 9,650.02 | 364.34 |
| 2 | Midland Funding Llc | 7100-000 | 9,650.00 | 12,380.36 | 12,380.36 | 467.42 |
| 1 | Republic Equity Credit Services, In | 7100-000 | 95,155.00 | 98,409.59 | 98,409.59 | 3,715.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 120,736.00 | $ 120,439.97 | $ 120,439.97 | $ 4,547.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30051 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Haroldas Caplikas | | | | Date Filed (f) or Converted (c): | 09/21/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13225 W. Choctow Trail, Homer Glen, IL  60491 | 425,000.00 | 0.00 | | 0.00 | FA |
| 2. 2000 Ford Explorer | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 750.00 | 0.00 | | 0.00 | FA |
| 4. Cellphone, computer, printer, IPad | 250.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Red Line Watch | 450.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 8. Checking - BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Checking - First Personal Bank | 450.00 | 0.00 | | 0.00 | FA |
| 10. Business Checking - US Bank | 200.00 | 0.00 | | 0.00 | FA |
| 11. Business Checking - First Personal Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 100% sharholder of Hariune, INc. | Unknown | 0.00 | | 0.00 | FA |
| 13. Fraudulent Transfer to Debtor's Son  (u) | 0.00 | 25,000.00 | | 9,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $431,325.00 | $25,000.00 | | $9,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee filed a lawsuit against the Debtor's son for a fraudulent transfer. Adversary Case No. 17-00385

Initial Projected Date of Final Report (TFR): 04/30/2018     Current Projected Date of Final Report (TFR): 04/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 16-30051 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Haroldas Caplikas | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2450 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7371 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/18 | 13 | Tadas Caplikas<br>Cashier;s Check<br>First Personal Bank<br>14702 Ravinia Ave<br>Orland Park, IL | Settlement Funds | 1141-000 | $9,000.00 | | $9,000.00 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,990.00 |
| 04/09/18 | 5001 | Law Offices of Zane L. Zielinski, P.C.<br>6336 North Cicero Avenue; Suite 201<br>Chicago, Illinois 60646 | Attorney Fees and Expenses | | | $2,425.00 | $6,565.00 |
| | | Law Offices of Zane L. Zielinski, P.C. | ($2,300.00) | 3110-000 | | | |
| | | Law Offices of Zane L. Zielinski, P.C. | ($125.00) | 3120-000 | | | |
| 06/15/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,667.75 | $4,897.25 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,650.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($17.75) | 2200-000 | | | |
| 06/15/18 | 5003 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $4,547.25 |
| 06/15/18 | 5004 | Republic Equity Credit Services, In<br>307 N. Michigan Ave.<br>Chicago, Il 60601-5382 | Final distribution to claim 1 representing a payment of 3.78 % per court order. | 7100-000 | | $3,715.49 | $831.76 |
| 06/15/18 | 5005 | Midland Funding Llc<br>Midland Credit Management, Inc<br>As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 2 representing a payment of 3.78 % per court order. | 7100-000 | | $467.42 | $364.34 |
| | | | Page Subtotals: | | $9,000.00 | $8,635.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-30051 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Haroldas Caplikas | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2450 |
| | | Checking |
| Taxpayer ID No: XX-XXX7371 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/18 | 5006 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany Ohio 43054-3025 | Final distribution to claim 3 representing a payment of 3.78 % per court order. | 7100-000 | | $364.34 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

Page Subtotals: $0.00  $364.34

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2450 - Checking | $9,000.00 | $9,000.00 | $0.00 |
|  | $9,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:    $0.00    $0.00